UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                               :

FREE-FREE INDUSTRIAL CORPORATION, :
                               :

                     Plaintiff,    :                  25-CV-6127 (VSB)
                               :

              -against-         :                  **ORDER**
                               :

AZZURE HOME, INC.,
                               :

                   Defendant.   :
                               :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       This case has been transferred to this District and assigned to me.  All prior deadlines and

schedules remain in effect.  It is hereby:

       ORDERED that on or before August 22, 2025, the parties shall file on ECF a joint letter

of no more than five (5) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation
   that there are no pending motions and no pending appeals;

4. A statement describing the status of discovery in this case;

5. A statement describing the status of any settlement discussions;

6. Estimated length of trial and whether a jury demand has been made; and

7. Any other information that you believe may assist the Court.

SO ORDERED.

Dated: August 6, 2025
      New York, New York

Vernon S. Broderick
United States District Judge