```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
FREE-FREE INDUSTRIAL CORPORATION,                            :
                                                             :
                              Plaintiff,                     :
                                                             :           25-CV-6127 (VSB)
               -against-                                     :
                                                             :               ORDER
AZZURE HOME, INC.,                                           :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  August 26, 2025
    New York, New York

                          Vernon S. Broderick
                          United States District Judge